**Milton PARKS, Plaintiff–Appellant,**

v.

**Gary R. MILLER; Harry Davis, Cpt.; Mrs. Crouch; Officer Killian; Carolyn Davis, Programmer; John Doe, Grievance Examiner, Defendants–Appellees.**

No. 06–6443.

United States Court of Appeals, Fourth Circuit.

Submitted: June 15, 2006.

Decided: June 21, 2006.

Milton Parks, Appellant Pro Se. Lisa Harper Graham, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

Before KING, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Milton Parks appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Parks v. Miller*, No. 1:04–cv–00487–JAB (M.D.N.C. Mar. 1, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*